United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUANITA A. CASSELL,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | ) CIVIL NO. C09-5796-BHS-JRC<br>)<br>) ORDER ALLOWING LATE<br>) FILING OF REQUEST FOR<br>) EXTENSION OF TIME AND<br>) GRANTING EXTENSION OF<br>) TIME TO FILE OPENING BRIEF<br>)<br>) |

    Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

    ORDERED that Plaintiff's Opening Brief shall be filed on or before June 2, 2010, Defendant's Answering Brief shall be filed on or before June 30, 2010, Plaintiff's Reply Brief shall be filed on or before July 14, 2010, and oral argument, if desired, shall be requested by July 21, 2010.

    DATED this 21st day of April, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5796 BHS] - 1