UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JUANITA A. CASSELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:09-cv-5796-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 30, 2010; and

- Plaintiff shall file the Reply Brief on or before August 13, 2010.

Any request for oral argument is to be submitted within 7 days after the due date for Plaintiff's reply brief.

DATED this 25th day of June 2010.

　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1     ORDER - [3:09-cv-5796-BHS-JRC]