# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUANITA A. CASSELL,

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5796BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Report and Recommendation is **ADOPTED**;

(2)  The Administrative Law Judge's ("ALJ") decision is **REVERSED**; and

(3)  This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings

| | |
|---|---|
| September 9, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/Mary Trent* |
| | Deputy Clerk |